**Patricia GODDARD,
Plaintiff/Appellant,**

v.

**Jennifer FORREST,
Defendant/Respondent.**

No. 73312.

Missouri Court of Appeals,
Eastern District,
Division One.

March 2, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 5, 1999.

Application to Transfer Denied June 29, 1999.

Librach & Rothman, P.C., Ronald L. Rothman, St, Louis, for appellant.

Hartstein & Sherman, Lawrence F. Harstein, Clayton, for respondent.

Before PUDLOWSKI, P.J. and CRANDALL and AHRENS, J.J.

### ORDER

PER CURIAM.

Patricia Goddard (Goddard) appeals from a jury verdict and subsequent trial court judgment finding Jennifer Forrest responsible for Goddard's personal injuries resulting from a car accident. Goddard contends the trial court erred in quashing her subpoena for the production of documents and that an inadequate jury verdict in the amount of $4, 500.00 resulted therefrom.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed in accordance with Rule 84.16(b).